# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-1446

_____

Michaelene Hart,                          *
                                          *
    Appellant,          * Appeal from the United States
                                          * District Court for the Eastern
 v.                                   * District of Missouri.
                                          *
Oracle Corporation,                       *  [UNPUBLISHED]
                                          *
    Appellee.           *

_____

Submitted:  May 1, 2001

Filed:  May 4, 2001

_____

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG,
  Circuit Judges.

_____

PER CURIAM.

  Michaelene Hart appeals the district court's adverse grant of summary judgment in Hart's employment discrimination action, and Oracle Corporation moves to dismiss the appeal.  We deny Oracle Corporation's motion to dismiss, and having reviewed the parties' submissions and the record, see LaCroix v. Sears, Roebuck & Co., 240 F.3d 688, 690 (8th Cir. 2001) (standard of review), we agree with the district court that Hart failed to show Oracle Corporation's proffered reason for terminating her was pretextual, see Cronquist v. City of Minneapolis, 237 F.3d 920, 924 (8th Cir. 2001) (burden-

shifting analysis). We thus affirm the judgment entered by the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.